1  **ANDREW LAH**
California Bar No. 234580
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California  92101-5008
Telephone:  (619) 234-8467
4  andrew_lah@fd.org

5  Attorneys for Mr. Otero

6

7                  UNITED STATES DISTRICT COURT

8                 SOUTHERN DISTRICT OF CALIFORNIA

9                 **(HONORABLE ROGER T. BENITEZ)**

10  UNITED STATES OF AMERICA,           )   Case No. 08cr02152-BEN
                                        )
11           Plaintiff,                 )   JOINT MOTION FOR IMMEDIATE
                                        )   SENTENCING AND WAIVER OF
12      v.                              )   PRE-SENTENCE REPORT
                                        )
13  HUGO OTERO,                         )
                                        )
14           Defendant.                 )
                                        )
15  _____    )

16       **IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES**, for good

17  cause, that the sentencing in this case occur immediately and without the preparation of a presentence report.

18  The defendant further waives any objections to the Magistrate Judge's findings and recommendation

19  concerning the entry of the guilty plea in this case.

20       **SO STIPULATED.**

21  Dated:   8/17/08              /s/ Andrew Lah
                                  _____
22                               **ANDREW LAH**
                                 Federal Defenders of San Diego, Inc.
23                               Attorneys for Mr. Otero

24  Dated:   8/17/08              /s/ Hugo Otero
                                  _____
25                               **HUGO OTERO**
                                 Defendant

26  Dated:   8/17/08              /s/ Alessandra Serano
                                  _____
27                               **ALESSANDRA SERANO**
                                 Assistant United States Attorney

28

1 **ANDREW LAH**
California State Bar No. 234580
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California  92101-5008
Telephone:  (619) 234-8467 Ext. 3737
4 Facsimile:    (619) 687-2666
andrew_lah@fd.org
5

6 Attorneys for Mr. Otero

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE ROGER T. BENITEZ)**

11 UNITED STATES OF AMERICA,              )    Case No. 08cr2152-BEN
                                         )
12              Plaintiff,               )
                                         )
13 v.                                    )    **PROOF OF SERVICE**
                                         )
14 **HUGO OTERO,**                       )
                                         )
15              Defendant.               )
                                         )
16 _____)

17          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20          **ALESSANDRA SERRANO, Assistant United States Attorney**
            Alessandra.P.Serano@usdoj.gov,Cindy.Muncy@usdoj.gov,efile.dkt.gc1@usdoj.gov
21

22 Dated:  August 18, 2008                    _s/ ANDREW LAH_____
                                             **ANDREW LAH**
23                                           Federal Defenders of San Diego, Inc.,
                                             andrew_lah@fd.org
24

25

26

27

28